JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUZANNE REZA,<br><br>     Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; DOES I through XX, inclusive; DOE Companies I through XX, inclusive; and DOE Corporations I through XX, inclusive,<br><br>     Defendants. | Case No.: 2:23-cv-07472-KES<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT<br><br>*[Assigned to Magistrate Judge Karen E. Scott]*<br><br>Complaint Filed: 8/07/2023<br>Trial Date:        4/29/2025 |

The Court, having read and considered the Joint Stipulation to Remand Case to State Court, and for good cause appearing therefor, it is hereby ordered that the action is remanded from the United States District Court, Case No.: 2:23-cv-07472-KES and remanded to the Superior Court of California, County of Los Angeles (Norwalk Courthouse), Case No.: 23NWCV02478.

**IT IS SO ORDERED**.

DATED: June 25, 2024          _____
                              MAGISTRATE JUDGE KAREN E. SCOTT

---

1
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT